IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                              Case No. 4:12CR00213-005 KGB

ROBIN NELSON-FLANAGAN                                                                   DEFENDANT

## ORDER

The defendant Robin Nelson-Flanagan has notified the Court that she will be filing an additional motion prior to sentencing. To allow sufficient time for all to be heard regarding the issues Ms. Nelson-Flanagan intends to raise in her motion, she has requested that the sentencing in this matter be continued.

Therefore the sentencing in this matter is removed from this Court's calendar for Tuesday, March 18, 2014, and will be reset by amended notice.

SO ORDERED this 14th day of March, 2014.

_____
Kristine G. Baker
United States District Judge